AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

BRITTNEY BUCKNER and VANCE DOTSON )
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No.   CIV-22-2-D
)
ENHANCED RECOVERY COMPANY, LLC, and )
ACCOUNT RESOLUTION SERVICES, d/b/a )
HEALTHCARE REVENUE RECOVERY GROUP, )
LLC., and CAC FINANCIAL CORP., )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  CAC FINANCIAL CORP
2601 NW Expressway #1000 East
Oklahoma City, OK 73112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    01/03/2022

SUMMONS ISSUED:
8:43 am, Jan 03, 2022
CARMELITA REEDER SHINN, Clerk

By: _(signature)_
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

BRITTNEY BUCKNER and VANCE DOTSON )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No.
)
ENHANCED RECOVERY COMPANY, LLC, and )
ACCOUNT RESOLUTION SERVICES, d/b/a )
HEALTHCARE REVENUE RECOVERY GROUP, )
LLC., and CAC FINANCIAL CORP., )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Account Resolution Services d/b/a Healthcare Revenue Recovery Group. LLC.,
Registered Agent
10300 Greenbriar Place
Oklahoma City, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/03/2022

SUMMONS ISSUED:
8:43 am, Jan 03, 2022
CARMELITA REEDER SHINN, Clerk

By: *[signature]*
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| BRITTNEY BUCKNER and VANCE DOTSON <br><br> Plaintiff(s) <br> v. <br> ENHANCED RECOVERY COMPANY, LLC, and ACCOUNT RESOLUTION SERVICES, d/b/a HEALTHCARE REVENUE RECOVERY GROUP, LLC., and CAC FINANCIAL CORP., <br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Enhanced Recovery Company, LLC.,
8014 Bayberry Road
Jacksonville, FL 32256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____01/03/2022_____

SUMMONS ISSUED:
8:44 am, Jan 03, 2022
CARMELITA REEDER SHINN, Clerk

By:_____
Deputy Clerk