**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ARS d/b/a HRRG
   1643 Harrison Pkwy Bldg H
   Suit 100
   Sunrise FL 33323

   9590 9402 6802 1074 1785 89

2. Article Number (Transfer from service label)

   7021 1970 0000 1189 6318

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
   Delivery Restricted Delivery
   ail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



Vance Dotson
425 W. Wilshire Blvd Ste E
OKC OK 73116

Buckner v ARS
Compliant

22-CV-0002-D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Account Resolution Service

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 1643 Harrison Pkwy Bldg H Suit 100 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* 1-10-22 _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Jan 18, 22

Vance Dotson
*Server's signature*

_____
*Printed name and title*

425 W. Wilshire Blvd Ste E
*Server's address*
OKC OK 73116

Additional information regarding attempted service, etc: