UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 01 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| BRITTNEY BUCKNER and VANCE DOTSON | ) JURY TRIAL DEMANDED )  ) |
| Plaintiff, | ) |
| v. | ) Case No. )     CIV-22-002-D |
| ENHANCED RECOVERY COMPANY, LLC, and ACCOUNT RESOLUTION SERVICES, d/b/a HEALTHCARE REVENUE RECOVERY GROUP, LLC., and CAC FINANCIAL CORP., | ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO REMOVE PLAINTIFF BRITTNEY BUCKNER

Plaintiffs, Vance Dotson and Brittney Buckner, pursuant to Rule 41(a)(1)(A)(ii), to Dismiss Brittany Buckner as a Plaintiff in the above action.

Dated: February 1, 2022

_B. Buckner_
Brittney Buckner

1

*/s/ Vance Dotson*

Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116
405.406.7323 (telephone)
vancedotson@yahoo.com (email)

2