# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTNEY BUCKNER and<br>VANCE DOTSON,<br><br>      Plaintiffs,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br>and ACCOUNT RESOLUTION SERVICES<br>d/b/a HEALTHCARE REVENUE RECOVERY<br>GROUP, LLC, and CAC FINANCIAL CORP.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No. CIV-22-002-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

By Order of March 1, 2022, the Court granted motions by Plaintiffs to voluntarily dismiss Plaintiff Brittney Buckner's action and to allow Mr. Dotson to file his proposed second amended complaint [Doc. No. 23-1]. The effect of the proposed amendment would be to remove Ms. Buckner as a party and dismiss Mr. Dotson's action against Defendant Enhanced Recovery Company, LLC. Plaintiffs previously filed a notice stating they had "reached a settlement agreement [with Enhanced Recovery Company, LLC] and need[ed] approximately thirty (30) days to fulfill the settlement terms and file dismissal papers pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." *See* Notice of Settlement [Doc. No. 10].[1]

The March 1 Order directed Mr. Dotson "to file his second Amended Complaint [Doc. No. 23-1] within 7 days from the date of this Order." *See* 3/1/22 Order [Doc. No. 33]

---

[1] Plaintiffs have taken no further action regarding this defendant despite the expiration of the 30-day period.

at 2. The case record shows that Mr. Dotson has failed to follow this directive. To the extent the Order was unclear to Mr. Dotson as a *pro se* plaintiff, the Court grants a *sua sponte* extension of the filing deadline.

**IT IS THEREFORE ORDERED** that Plaintiff Vance Dotson shall file his second Amended Complaint [Doc. No. 23-1] within 7 days from the date of this Order.

**IT IS SO ORDERED** this 16th day of March, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge