## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTNEY BUCKNER and VANCE DOTSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-22-002-D ) |
| ENHANCED RECOVERY COMPANY, LLC, and ACCOUNT RESOLUTION SERVICES d/b/a HEALTHCARE REVENUE RECOVERY GROUP, LLC, and CAC FINANCIAL CORP., | ) ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon review of Defendant Healthcare Revenue Recovery Group, LLC's Disclosure Statement [Doc. No. 19] filed pursuant to Fed. R. Civ. P. 7.1.1, the Court finds that the statement is incomplete and additional information is needed.

Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services states that its sole member is HCFS Health Care Financial Services, LLC. To provide full disclosure where a member of an LLC is another LLC, the members of the constituent LLC must be identified as well. *See Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007) ("an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well").[1]

---

[1] Because federal jurisdiction is not based on diversity of citizenship, the disclosure statement need not state the citizenship of Defendant's members, but all constituent members must be identified to permit an assessment of any conflict of interest.

**IT IS THEREFORE ORDERED** that Defendant Healthcare Revenue Recovery Group, LLC is directed to file an amended disclosure statement within 7 days of this Order.

**IT IS SO ORDERED** this 21st day of March, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge